FILED
06 SEP -7 AM 9: 02
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT JACOBSON, ) <br> ) <br> Defendant. ) <br> _____ ) | Criminal Case No. 06-CR-0044-DMS <br><br> STIPULATION AND ORDER TO CONTINUE SENTENCING |

IT IS HEREBY AGREED between the plaintiff, United States of America, by and through its counsel, Carol C. Lam, United States Attorney, and Melanie K. Pierson, Assistant U.S. Attorney, and the defendant, Robert Jacobson, by and through his counsel, Marc Carlos, Esq., that the date for sentencing in the above-referenced case, currently set for September 12, 2006, at 9:00 a.m. will be

//
//
//

SEP 0 5 2006

1  continued until April 10, 2007, at 9:00 a.m, so that it may follow the criminal trial at which he may
2  be called to testify in a related case, which is currently set to begin on January 16, 2007, and to last
3  for a month or more. Defendant Jacobson agrees to file an acknowledgment of the date of his next
4  court appearance no later than September 12, 2006.

7  DATED: August 25th, 2006

CAROL C. LAM
United States Attorney

MELANIE K. PIERSON
Assistant U.S. Attorney

IT IS SO STIPULATED.

DATED: August 30, 2006

Marc Carlos, Esq.
Attorney for Defendant

IT IS SO ORDERED.

DATED: Sept. 5, 2006

HONORABLE RUBEN B. BROOKS
United States Magistrate Judge